1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

9   JOHN CUNNINGHAM,                          CASE NO. CV-F-04-6224 LJO

10                 Plaintiff,           **ORDER AFTER SETTLEMENT**

11        vs.

12  UNITED STATES,

13                 Defendant.
    _____/

14

15        The Court has been informed that a settlement has been reached in this matter.  Pursuant to this

16  Court's Local Rule 16-160, this Court ORDERS the parties, no later than February 10, 2006, to file

17  papers to dismiss this action in its entirety.

18        **All court dates**, including the March 6, 2006 trial and the January 26, 2006 pretrial conference,

19  and any other pending matters in this action are **VACATED**.

20        Failure to comply with this order may be grounds for the imposition of sanctions on any and all

21  counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

22  IT IS SO ORDERED.

23  **Dated:    January 11, 2006**          _____/s/ Lawrence J. O'Neill_____
    b9ed48                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28