1  RUSSELL D. COOK (SBN - 094934)
   Attorney at Law
2  1233 West Shaw Avenue, Suite 100
   Fresno, California  93711
3  Telephone: (559) 225-2510
   Facsimile: (559) 225-2389
4
   Attorney for Plaintiff, JOHN CUNNINGHAM
5

6  McGREGOR W. SCOTT
   United States Attorney
7  KRISTI C. KAPETAN
   Assistant United States Attorney
8  United States Courthouse
   2500 Tulare Street, Suite 4401
9  Fresno, California 93721
   Telephone: (559) 497-4000
10 Facsimile: (559) 497-4099

11 Attorneys for the
   United States of America
12

13              UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15

16 JOHN CUNNINGHAM,            )   1:04-cv-06224-LJO
                               )
17    Plaintiff,               )
                               )   STIPULATION OF DISMISSAL WITH
18    v.                       )   PREJUDICE PURSUANT TO
                               )   SETTLEMENT; ORDER THEREON
19 UNITED STATES OF AMERICA,   )
                               )
      Defendant.               )
20 ─────────────────────────── )

21    Plaintiff JOHN CUNNINGHAM and Defendant UNITED STATES OF

22 AMERICA, by and through undersigned counsel, hereby stipulate

23 to dismissal of the action with prejudice, pursuant to a

24 Settlement Agreement entered into by the parties.  Each

25 party shall bear their/its own costs.  The parties request

26 that the Court retain jurisdiction to enforce the Settlement

27 Agreement.

28 ////

Dated: February 10, 2006

          Respectfully submitted,
          McGREGOR W. SCOTT
          United States Attorney


        By: /s/ Kristi C. Kapetan
          KRISTI C. KAPETAN
          Assistant U.S. Attorney
          Attorneys for the United States


          Respectfully submitted,


Dated: February 10, 2006

        By: /s/ Russell D. Cook
          RUSSELL D. COOK, ESQ.
          Attorney for Plaintiff
          JOHN CUNNINGHAM

  IT IS SO ORDERED.

**Dated:**   **February 10, 2006**         /s/ Lawrence J. O'Neill
66h44d           UNITED STATES MAGISTRATE JUDGE